GABRIEL NADER, Respondent, *v.* JUSTINE LAMBERT, Appellant.

Submitted December 3, 1945; decided December 6, 1945.

*Arnold B. Elkind* and *Gerald F. Finley* for motion.
No one opposed.

Motion denied, without costs, upon the ground that rule 1 of the Rules of Practice of this court prescribes the remedy where the appeal is perfected, but the return is not filed.